IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
LOGGED _____ RECEIVED

OCT 01 2019

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Larry-William; Wangemau

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. GLR-19-2879
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

-against-

Agent Cohen # 6837
Agent Tittle # 6005
Agent Porter # 6494

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Larry William Wangerow
Street Address: 406 Clamplain Rd
City and County: Northeast, Cecil County
State and Zip Code: Maryland 21901
Telephone Number: 443 945 1329
E-mail Address: mohawk99004@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Agent Cohen 6831
Job or Title (if known): Maryland State Police
Street Address: 2433 Pulaski Hwy
City and County: Northeast, Cecil
State and Zip Code: Maryland, 21901
Telephone Number:
E-mail Address (if known):

2

Defendant No. 2

    Name: Agent Tittle 6005
    Job or Title (if known): Trooper M.S.P.
    Street Address: 2433 Pulaski Hwy
    City and County: Northeast, Cecil
    State and Zip Code: Maryland, 21901
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3

    Name: Agent Porter
    Job or Title (if known): MSP Trooper Corpl.
    Street Address: 2433 Pulaski Hwy
    City and County: Northeast, Cecil
    State and Zip Code: Maryland 21901
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name: Lt. Jeffrey Kirschner
    Job or Title (if known): Maryland State Police Commander
    Street Address: 2433 Pulaski Hwy,
    City and County: Eastheast, Cecil
    State and Zip Code: Maryland 21901
    Telephone Number:
    E-mail Address (if known):

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

II.  **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

First amendment, Second amendment, 5th Amendment - USC. 18-241 - USC 18 242 - USC, 42 (M.1983-1984 1985 1986 the Dick Act-1902- USC: 18-921 - Grandfather clause

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Cohen #6837, is a citizen of the State of *(name)* MARYLAND. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain):*

   Violation of OATH - and Stealing my Liberty/Time/Property Without Just Compensation - 5th Amendment Violation of Due Process -

   $2000 per hour X 500 hrs = $1,000,000

5

Form **COL** Violation Warning

## Denial of Rights Under Color of Law

▸ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

Name and address of Citizen Name and address of Notice Recipient

Citizen's statement:

I certify that the forgoing information stated here is true and correct. **Citizen's signature**

▸ Date ▸

**Legal Notice and Warning** Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both. 18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both. 42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:** I, certify that I personally delivered this notice to above named recipient and address on at .

Public Domain—Privacy Form COL(01)

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

"Notice to principal is Notice to Agent, Notice to Agent, is notice to principal." Violations of Due process, and oath of office, unlawful arrests, unlawful charging, and unlawful detainment on at least 3 different occasions - Violations of USC 18-921 - USC 18-241-242 conspiracy against Rights under color of law, Violation of the Dick Act of 1902, Violation of USC 26 - firearm - definitions, Violations of USC 42-1983-1984-1985-1986 but Not Limited to Just these - and yet to be Named defendants - 27 CFR sec 479.11 definitions - 26 U.S.C. sec 5845. (a) more attachment - United States Code. 18 sec 1961-1968. Crimes and Criminal Procedure. Rico Act.

1 of 4

As an Illinois state foreign national Non-United States Citizen, I'm filing this complaint against all responsible for violating my God given Rights. As per PRE 3/9/1933. Private Person, Non subject, Non citizen, described in United States Code - 8 sec 1101 - (a)(21) and United States code 8 sec 1452 and domiciled outside the statutory, But not constitutional United States (USC, 26 sec 7701 (a)(9) and (a)(10). a citizen of one of the several states, Illinois.

The United States Government is a foreign corporation with respect to a state. N.Y v. RE Merriam - 36 N.E. 505; 141 N.Y. 479; affirmed 16. S. Ct. 1073; 41 L Ed. 287 affirmed U.S. v. Perkins - 163 U.S. 625.

State of MARYland has continually violated my Rights at their will. Due process, No Bail, 2 different cases, 17 day on one, 23 day on the other and more false arrests, false charges, false detainment, stealing my Liberty, my time, my property, By codes and statutes, rules, regulations which are Not Laws. by Administration hearings which are Not Courts. By administrators which are not Judges. Judges judge Law, administrators judge Rules, Codes and regulations.

So far, By United States Code 28-sec. 2057

(B) Such Rules shall not Abridge, enlarge or modify any substantive right. All laws in conflict with such Rules shall be of No further force or effect after such Rules have taken effect.

Just this is enough to state and Prove conspiracy and waring with the United States constitution and an act of war on me, the private man. As the state of Maryland is a private for profit Corporation LLC with a corporate number, #847 612 442.

No corporation is allowed to profit eve one penny from fraud. Fraud is failure to disclose all, upon the first fraud, all is fraud thereafter. 37 Am Jur 2d Sec 8 -

fraud vitiates every transaction in all contracts.

This complaint is not limited to Just these violations of U.S. Code and my right, and I deserve all rights

to extend defendants as Agents of Principal as of now yet to be named,

No further says ∽.

*Larry Dwegraw*

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

my fee schedual is $2,000 Per hour X hundreds of hours - equals 2000 times 500 = $1,000,000 dollars in Gold or Silver - (pure) troy - Lawful money USC 12-411

United States court of appeals.
Eleventh Circuit
Sept 6 - 1984
741 F. 2d 336

James C. Trezevant, Plaintiff
V.
City of Tampa, a municipal corporation

Nos 83-3370, 83 3038
Paid unlawful Detainment at $1,080, Per minute at 25 minutes

7

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 24, 20 19

Signature of Plaintiff: *Larry-William; Wangerow. agent*
Printed Name of Plaintiff: *BY LARRY-William; Wangerow*

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney      _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____
Address                   _____
Telephone Number          _____
Email Address             _____

8